**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARVELA J. PLUMMER,**

**Plaintiff,**

-vs-                                                   **Case No.  6:10-cv-1479-Orl-22GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S UNCONTESTED PETITION FOR ATTORNEY'S FEES (Doc. No. 19)** |
| **FILED:** | **April 20, 2011** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

On April 12, 2011, a judgment was entered reversing and remanding this case to the Commissioner of Social Security (the "Commissioner") for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Doc. No. 18.  Plaintiff now moves for an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA") (the "Motion"). Doc. No. 19.  In the Motion, Plaintiff requests that the Court award Plaintiff attorneys' fees in the amount of $4,241.63.  Doc. No. 19 at 3.

In the Motion and attached time sheet, counsel for Plaintiff, Richard A. Culbertson, Esq., states that he performed a total of 1.7 hours of work on the case in 2010 at a rate of $175.05 per

1

hour and 22.2 hours of work in 2011 at a rate of $177.66 per hour for a total of $4,241.63 in attorneys' fees.  Doc. No. 19 at 2, 8, 12.  Plaintiff states:

> Plaintiff assigned her right to attorney fees to Richard A. Culbertson. The parties have agreed that after the Court issues an order awarding EAJA fees to Plaintiff, the Commissioner will determine whether Plaintiff owes a debt to the government.  If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel.

Doc. No. 19 at 2. Plaintiff complied with Local Rule 3.01(g) and certifies that the Commissioner does not object to the Motion. Doc. No. 19 at 3.  Accordingly, it is **RECOMMENDED** that:

1.  The Motion (Doc. No. 19) be **GRANTED**;

2.  Plaintiff be awarded $4,241.63 in attorneys' fees; and

3.  The Clerk be directed to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal. **If the parties have no objection to this report and recommendation, they shall promptly notify the Court**.

RECOMMENDED in Orlando, Florida on May 20, 2011.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of record
Unrepresented parties.

2