# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARVELA J. PLUMMER,**

        **Plaintiff,**

**-vs-**                                          **Case No. 6:10-cv-1479-Orl-22GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 19) filed on April 20, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 20, 2011 (Doc. No. 22) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 19) is GRANTED.

      3.      Plaintiff is hereby awarded $4,241.63 in attorneys' fees.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 23, 2011.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge